
| | |
|---|---|
| WESLEY BERNARD AIKENS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NOS. CV611-039 |
| ) | CR607-031 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 2.) After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the 28 U.S.C. § 2255 Petition is **DENIED**, no Certificate of Appealability is issued, and in forma pauperis status on appeal is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of June 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA